DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM F. MURPHY,**
Appellant,

v.

**ONTARIO WEALTH MANAGEMENT CORP., et al.,**
Appellees.

No. 4D18-2462

[December 19, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 502014CA000585.

Will Murphy of Murphy's Law Firm, P.A., Hollywood, for appellant.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***